UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FALLON SILVEIRA,<br><br>                    Plaintiff,<br><br>          v.<br><br>IMERYS PERFORMANCE MINERALS AMERICAS, INC.; and DOES 1 to 100,<br><br>                    Defendants. | Case No. 1:25-cv-00612-JLT-EPG<br><br>ORDER RE: VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii) WITH PREJUDICE<br><br>(ECF No. 28). |

On July 6, 2026, the parties filed a stipulation of dismissal of the action with prejudice (ECF No. 28). The stipulation provides the following:

> Pursuant to Federal Rules of Civil Procedure Rule 41(a)(1) and Local Rule 160, Plaintiff Fallon Silveira and Defendant Imerys Performance Minerals Americas, Inc. respectfully stipulate to the dismissal of the above-entitled action in its entirety with prejudice pursuant to the terms of a confidential settlement agreement reached between the parties.

(*Id.*)

In light of the parties' stipulation, this action has been terminated, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and has been dismissed with prejudice.

The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **July 7, 2026**                     /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE

1